**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kayla Jazzmin Brewer, | No. CV-21-00229-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Loews Ventana Canyon Resort, | |
| Defendant. | |

In its October 6, 2021 Order, the Court noted that the docket did not show that Defendant had been served since the filing of the complaint in May 2021. (Doc. 4.) Therefore, the Court ordered Plaintiff to show cause why dismissal of this case was not warranted. *See* Fed. R. Civ. P. 4(m). Plaintiff has not responded to the Court's order to show cause and has not taken any further action in this case.

Accordingly,

**IT IS ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERERD** that the Clerk of Court shall enter judgment accordingly and close its file in this action.

Dated this 21st day of October, 2021.

Honorable Jennifer G. Zipps
United States District Judge